# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE SUCCESSION OF                          NO.   2026 CW 0022

EDWIN WASHINGTON EDWARDS

**APRIL 20, 2026**

---

In Re:     Victoria Elaine Edwards, applying for supervisory writs,
           23rd Judicial District Court, Parish of Ascension, No.
           19725.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

**WIL**
**CHH**


   **Wolfe, J.,** would not consider the writ application.  This
writ application appears to be untimely.  Uniform Rules of
Louisiana Courts of Appeal, Rule 4-3, provides that "[t]he return
date in civil cases shall not exceed 30 days from the date of
notice of judgment, as provided in La. C.C.P. art. 1914."  The
hearing was held on October 10, 2025, and the district court ruled
in open court; the transcript does not indicate a written judgment
was contemplated; and the notice of intent was not filed until
January 7, 2026.

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
  FOR THE COURT